## CHICAGO, R. I. & P. RY. Co. *et al.* v. STATE.

### No. 3673. Opinion Filed December 5, 1912..

### (128 Pac. 908.)

CARRIERS—Rates—Regulation—Corporation Commission. An appeal having been prosecuted from an order of the Corporation Commission promulgating rates, rules, and regulations, and the appellants and appellee appearing in open court and agreeing to submit said appeal on the record, and waiving the filing of briefs, it not being pointed out by specification of error wherein such order would be unreasonable and unjust, held, that said order will be affirmed.

(Syllabus by the Court.)

*Appeal from State Corporation Commission.*

Proceeding by the State Corporation Commission for the establishment and promulgation of rates for the transportation of street and building materials. From an order fixing the rates, the Chicago, Rock Island & Pacific Railway Company and others appeal. Affirmed as modified.

*C. O. Blake, Cottingham & Bledsoe, R. A. Kleinschmidt, C. L. Jackson, E. A. De Meules, E. R. Jones, Geo. E. Black, L. P. Miles,* and *Chas. E. Warner,* for appellants.

*Chas. West,* Atty. Gen., and *Chas.´ L. Moore,* Asst. Atty. Gen., for the State.

WILLIAMS, J. All the attorneys for appellants, and the Attorney General, for the state, appeared in open court, and by agreement submitted the case upon the record in this appeal and waived the filing of briefs.

It is ordered that the rates, rules, and regulations contained in Order No. 515, which is involved herein, become effective as of the date of the said original order, to wit, the 30th day of September, A. D. 1911. Tariff under this order to become operative as to the various lines when the schedule of rates is printed and filed with the commission.

All the Justices concur.